IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY GRIM, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:24-CV-360-RP |
| § | | |
| CONFLUENT MEDICAL TECHNOLOGIES § | | |
| INC., § | | |
| § | | |
| Defendant. § | | |

**ORDER**

Before the Court are Plaintiff Gregory Grim's ("Grim") motion for hearing, (Dkt. 38), and the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Confluent Medical Technologies Inc.'s ("Confluent") motion for summary judgment, (Mot., Dkt. 24). (R. & R., Dkt. 47). Grim timely filed objections to the report and recommendation. (Objs., Dkt. 49).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Grim timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Grim's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 47), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Confluent's motion for summary judgment, (Dkt. 24), is **GRANTED**.

**IT IS FURTHER ORDERED** that Grim's motion for hearing, (Dkt. 38), is **DENIED**.

**IT IS FINALLY ORDERED** that Grim's claims are **DISMISSED**.

The Court will enter final judgment by separate order.

**SIGNED** on December 29, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE